**MAHOOD v CALDWELL et**

Ohio Appeals, 9th Dist, Summit Co

No. 1677. Decided November 18, 1929

Messrs. Meade & Weygandt, Akron, for Mahood.

Messrs. Roetzel, Hunsicker & Olds and Berk, Berk, & Harvey, Akron, for Caldwell et.

Syllabus by FUNK, P. J.

1. Where two or more persons, by the illegal sales of intoxicating liquor, contribute to the intoxication of another person, which results in an injury to such person and requires another to take care of and provide for him, they may be jointly and severally liable, under **6202 GC,** although the sale by each may have been without the knowledge and preconcert of the others.

2. A petition alleged that joint defendants sold denatured alcohol with the knowledge that it was to be drunk for the purpose of causing intoxication, and that the buyer drank it and thereby became intoxicated and unconscious, and that plaintiff took charge of and provided for such intoxicated person:

**Held,** that defendants will not be heard to deny that such liquid is a compound fit for use for beverage purposes, within the meaning of **6212-14 GC,** and that such allegations state a cause of action under **6202 GC.**

Full opinion will be published later.